1
2
3
4
5
6
7
8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSEPH DURAN,                    Case No. CV 12-10599 SS

12                   Petitioner,

13        v.                              **JUDGMENT**

14   DAVID LONG, Warden,

15                   Respondent.

16

17        IT IS HEREBY ADJUDGED that the above-captioned action is

18   dismissed with prejudice.

19

20   Dated:  December 13, 2013

21                                        _/S/_____    _____
                                          SUZANNE H. SEGAL
22                                        UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28